```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

TFS ENERGY, LLC,                :
                                :
    Plaintiff,              :
                                :
  v.                            :
                                :     CASE NO. 3:06CV191(RNC)
ANTHONY CAMPISI,                :
                                :
    Defendant.              :

## ORDER

Pending before the court are the plaintiff's Motion for Order Compelling Discovery (doc. #29) and Motion to Modify Scheduling Order (doc. #30). The defendant has not objected or responded to either motion.

### A. **Motion for Order Compelling Discovery**

The plaintiff's Motion for Order Compelling Discovery (doc. #29) is granted in part and denied in part, as follows:

    1. The defendant shall produce its initial disclosures, as required by Fed. R. Civ. P. 26(a), within ten days of this order.

    2. The defendant shall respond to the plaintiff's February 16, 2007 interrogatories and requests for production within ten days of this order.

    3. The request that the court deem admitted the matters in the Requests for Admissions is denied as moot. Fed. R. Civ. P. 36 provides that "[t]he matter is admitted unless, within 30 days . . . the party to whom the request is directed serves upon the party requesting the admission a written answer or objection . .

."

4. The motion to compel the defendant to appear for deposition in Connecticut is denied without prejudice to refiling with a memorandum of law as required by D. Conn. L. Civ. R. 7.

5. Any further discovery disputes shall be submitted to the court by motion complying with D. Conn. L. Civ. R. 7 and 37. The parties are reminded that the scheduling order (doc. #22) requires that "[a]ny motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed within 30 days after the due date of the response."

6. At the conclusion of the case, upon application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion.

**B.  Motion to Modify Scheduling Order**

The plaintiff's Motion to Modify Scheduling Order (doc. #30) is granted and all deadlines in the current scheduling order are extended by 60 days.

SO ORDERED at Hartford, Connecticut this 27th day of April, 2007.

```
_____/s/_____
```
Donna F. Martinez
United States Magistrate Judge